

FILED

JAN 27 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Cherie Washburn       #17763-509

_____

_____

*(Enter above the full name of the plaintiff*    *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                CIVIL ACTION NO. <u>1:23-cv-00066</u>
                    *(Number to be assigned by Court)*

Dana Renick
Sherry Walton & Warden Rile
FPC Alderson - Federal
Prison Camp

*(Enter above the full name of the defendant*
*or defendants in this action)*

             Defendant(s).

## COMPLAINT

**I.**     **Parties**

     A.     Name of Plaintiff:    Cherie Washburn

           Inmate No.:    # 17763509

           Address:    Glen Ray Rd. (Alderson FPC)
                   Alderson W.V. 24910

B.　　Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

　　　Name of Plaintiff:　　_____

　　　Inmate No.:　　_____

　　　Address:　　_____

　　　　　　　　_____

　　　Name of Plaintiff:　　_____

　　　Inmate No.:　　_____

　　　Address:　　_____

　　　　　　　　_____

C.　　Name of Defendant:　　_____

　　　Position:　　_____

　　　Place of Employment:　_____

　　　　　　　　_____

D.　　Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

　　　Name of Defendant:　　_____

　　　Position:　　_____

　　　Place of Employment:　_____

　　　　　　　　_____

　　　Name of Defendant:　　_____

　　　Position:　　_____

　　　Place of Employment:　_____

　　　　　　　　_____

II.    **Place of Present Confinement**

Name of Prison/Institution: _Alderson Federal Prison Camp_

A.    Is this where the events concerning your complaint took place?

Yes _✓_        No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes _✓_        No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _✓_        No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _level one result said they will look into it, level two - No response after 30 days I was not permitted level 3, Counselor would not give a BP11._

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _✓_        No _____

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _Cherie Washburn_

Defendant(s): _Warden, FPC Alderson_

2.    Court (if federal court, name the district; if state court, name the county);

*U.S. District Ct. Southern District Bluefield Div.*

3.    Docket Number: *1:22-CV-00562*

4.    Name of judge to whom case was assigned: *Hon. Judge Faber*

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

*Still Pending*

6.    Approximate date of filing lawsuit: *Dec 16, 2022*

7.    Approximate date of disposition: *Feb 16, 2023*

## IV.   Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

#1 Dana Renick- I arrived at Alderson FPC on 3/25/22 as a self surrender. I was approximately 7 1/2 weeks post partum and I explained during intake I needed to see an OBGYN and that I was struggling with severe post partum depression. I explained I was unable to see my original OBGYN before my surrender date and so I still needed a post partum exam. I asked about a breast exam and if I could pump milk for my infant and I was told I could not pump. I was also told I would be placed on a call out to see a doctor. This intake occurred in April of 2022. Weeks

passed and I still didn't see a doctor nor had I received any help for Post Partum depression. I went to sick call asking for help because my post partum depression had worsened to where I could not stop crying, I was hearing phantom baby cries, I could not sleep and I was having feelings of confusion and disorientation. Again I was told I would be on a call out to see a provider. Appoximately the end of May my symptoms were extreme, hearing phantom baby cries, inability to sleep, inability to eat, confusion and uncontrolled crying. As a result of the extreme depression and anxiety I developed Shingles. I went to sick call and was given anti-viral medication and at this point I was begging for help with my post partum and breast pain from hard knots that had formed. Again I was told to look for a call-out. Ms. Renick did see me the end of May and prescribed a low dose anti-depressant. At this time I informed her I was writing to Central regarding the lack of post partum care. She said that wasn't neccessary and she would put me on a call-out for an OBGYN. After one or two days on the Celexa medication I had a reaction where I was vomiting and had a severe headache. I went to Health Services and the Nurse on duty called Ms. Renick for treatment authorization. I was tested for COVID and was negative, I reported no symptoms of COVID and the nurse on the phone stated no fever or COVID symptoms. Despite all the reports to Ms. Renick that this was not COVID Ms. Renick ordered me to isolation in the active COVID unit. My medical records reflecting my history of smoking and severe asthma were on file yet she ordered me to the active COVID unit. In quarantine you are not allowed video visits or sick call visits or allowed outside. I was still suffering from severe post partum depression, I still had not had an exam and I never got the opportunity to pump. I wrote to Jennifer Knox at Central at this time because I was very sick and could not get help. I remained in isolation/quarantine unit with the other sick inmates for almost one month.

I lost over 18 pounds and was dehydrated and weak when I finally came back to the unit. Approximately mid July I asked to be reviewed for CARES Act. Despite my risk factors being on file Ms. Renick said I had none. When Central pulled my file on June 30 they had Regional Office update my B.O.P. file reflecting my history of smoking. On Aug. 3rd I went to Open House to explain my records had been updated and to please review me. Ms. Renick told me if Central wanted me to get CARES they would have done it already, and it didn't matter if my records were updated she wasn't going to do anything. I went back to sick call in Sept. because my ovary pain was worse and I still had never seen an OBGYN. At this point an ultrasound was ordered. It revealed ovarian cysts. To date I have never seen an OBGYN. I never had a breast exam.

Claim #1  The constitutional violation is failure to adequately treat post-partum, failing to treat my post-partum depression and wreckless disregard for my life by placing me in an active COVID unit knowing I was high risk, suffering post partum depression and recovering from shingles. Violating my right to pump and keep my milk supply for my infant. I believe there is circumstantial evidence that my placement in isolation/quarantine was retaliation for contacting Central Office. After my initial Health Services visit I was allowed to come back to the unit for that day and the next day. It wasn't until Ms. Renick came back to work that I was ordered to move to quarantine. This was almost two full days later after I had been originally sent back to general population. This order to move days later made no medical sense.

Claim

#2 Ms. Sherry Walton - Ms. Walton originally reviewed me for CARES Act in late May of 2022. She said I did not have a risk factor. Later after Central became involved in my case and updated my records I again asked her to review me for CARES Act. This time she stated she did not have to, that it was her discretion, and that Central could not help me here. I found out in October Ms. Walton denied me based on a comment my Judge made about COVID. This denial was not based on any of the valid criteria outlined in the CARES Act memorandum. It was an opinion of the Judge that she did not think COVID was a mitigating sentencing factor for purposes of my duration of sentence. The comment was materially misrepresented and not verified by the Court transcript. The Court transcript clearly shows the comment was in response to the request for the low end of the plea agreement, and had absolutely no bearing on the CARES Act health risk factors or minimum PATTERN score review factors. This new denial was completely different from her original review of the memo factors. The Unit Team Mr. Snuffer had approved my CARES Act but Ms. Walton sent her denial which meant my CARES Act would be denied because the case manager has to approve the CARES Act for it to be approved by the Warden. I later found out Ms. Walton was reviewing other inmates by the criteria in the memo. She sent emails stating this was the review standard. I maintain the right to be treated fairly and reviewed fairly. I was not. I was the only one reviewed by researching the Judge's comments and I am the only person on this compound to have been denied based on a comment and COVID opinion of the Judge. No one else to date has ever been denied for this reason or anything even similar.

Claim #2 I allege this is a violation of my Constitutional right to be free from discrimination and retaliation. Reviewing someone in a wholly seperate and unrelated manner differently than the policy and differently than all other people reviewed is the definition of discrimination. I believe this was retaliation based on my contact with the Central office.

\* Sierra Frisbee was behind me for open house when Ms. Walton said Central could not help me here \*

She can be reached at email: promisefrisbee@yahoo.com

Separate Incident Unrelated
to Claim 1 & 2.

Claim #3

Warden Rile, FPC Alderson- Approximately July 1- July 30 2022 Warden Rile ordered our unit to keep all the lights on 24/7. This was ordered because an inmate had tampered with a light bulb in the floor lighting on one floor light panel. Warden Rile made the entire unit sleep with all the lights on for twenty four hours a day for one entire month. Having high intensity bright lights always on causes sleep deprivation, dizziness and fatigue. I was on the top bunk directly under the main Row of lighting and it was torture to never be able to sleep. My eyes became red and swollen. We were not permitted to cover our heads with blankets because our heads need to be visible for count purposes and for officer checks. I worked in the kitchen at that time 12 hour shifts and became very dizzy several days from sleep deprivation. I developed headaches from lack of sleep and my anxiety disorder was not controlled so I suffered panic attacks and cold sweats. In the unit you could not tell if it was day or night and after a few weeks I was disoriented. It felt like torture never even having a moment of dim lighting. This incident that lasted one month was reported to the Central office. This is a Constitutional violation to be free from cruel and unusual punishment.

Claim #3

Relief Sought: Removal of Warden Riles from her position and monetary Compensation for pain and suffering from sleep deprivation, eye irritation, dizziness and exhaustion.

V.    **Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the Court to remove Dana Renick and Sherry Walton from their positions. I am asking for monetary compensation for my unwarranted isolation/quarantine, my loss of ability to pump to maintain milk supply, my pain and suffering from shingles due to untreated post-partum depression and for the wrongful denial of CARES Act home confinement.

Signed this 23 day of January , 20 23 .

_Cheri Walton_

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 23, 2023 .
          (Date)

_Cheri Walton_
_____
Signature of Plaintiff

5